IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZANNE B. SMITH,**<br><br>Plaintiff,<br><br>*v.*<br><br>**WILLIAM KEITH, Lower Merion Police Officer**, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 25-6239-KSM** |

**ORDER**

**AND NOW** this 30th day of September, 2026, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 17, 19–21) and Plaintiff's opposition briefs (Doc. Nos. 29–34, 39), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. The motions are **GRANTED** and Plaintiff's claims against all Defendants are **DISMISSED.**

2. Plaintiff's Motion to Schedule a Rule 16.1 Status Hearing (Doc. No. 48) is **DENIED AS MOOT.**

3. Plaintiff's Motion for Limited Discovery (Doc. No. 50) is **DENIED AS MOOT.**

3. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.